# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FOREVER 21, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12122 (KG)<br><br>(Jointly Administered) |
| ALLIED DEVELOPMENT OF ALABAMA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FOREVER 21, INC., et al., and JATIN MALHOTRA,<br><br>Defendants. | Adv. Pro. No. 19-50897 (KG) |

## CERTIFICATE OF SERVICE

I, Ann M. Kashishian, certify that on this 26th day of November, 2019, true and correct copies of the documents listed below were delivered to the recipients listed below in the manner so indicated:

Document(s):

1. *Adversary Complaint for Damages, Declaratory Relief, and Related Relief.*
2. *Summons and Notice of Pretrial Conference in an Adversary Proceeding.*
3. *Notice of Alternative Dispute Resolution Alternatives.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

Recipient(s):

| The Debtors:<br><br>Forever 21, Inc., Alameda Holdings, LLC, Forever 21 International Holdings, Inc., Forever 21 Logistics, LLC, Forever 21 Real Estate Holdings, LLC, Forever 21 Retail, Inc., Innovative Brand Partners, LLC, and Riley Rose, LLC<br><br>3880 N. Mission Road<br>Los Angeles, CA 90031.<br><br>*Defendants*<br><br>*via Certified Mail* | Jatin Malhotra:<br><br>11150 W. Olympic Blvd., Suite 750<br>Los Angeles, CA 90064<br><br>*Defendant*<br><br>*via Certified Mail* |
|---|---|
| Laura Davis Jones<br>James E. O'Neill<br>Timothy P. Cairns<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th door<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>T. (302) 652-4100<br>F. (302) 652-4400<br>E. ljones@pszjlaw.com<br>   joneill@pszjlaw.com<br>   tcairns@pszjlaw.com<br><br>*Counsel to the Debtors*<br><br>*via First Class Mail and E-Filing* | Joshua A. Sussberg, P.C.<br>Aparna Yenamandra<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>T. (212) 446-4800<br>F. (212) 446-4900<br><br>*Counsel to the Debtors*<br><br>*via First Class Mail and E-Filing* |
| Anup Sathy, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>T. (312) 862-2000<br>F. (312) 862-2200 | |

| | |
|---|---|
| *Counsel to the Debtors* <br><br> *via First Class Mail and E-Filing* | |

Dated: November 26, 2019    **KASHISHIAN LAW LLC,**

    */s/ Ann M. Kashishian*
Ann M. Kashishian (DE Bar No. 5622)
501 Silverside Road
Wilmington, DE 19809
T. (484) 302-8417
F. (484) 930-0091
E. amk@kashishianlaw.com

*Counsel to Allied Development of Alabama, LLC*