# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FOREVER 21, INC., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-12122 (KG) <br><br> (Jointly Administered) |
| ALLIED DEVELOPMENT OF ALABAMA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FOREVER 21, INC., et al., and JATIN MALHOTRA, <br><br> Defendants. | Adv. Pro. No. 19-50897 (KG) |

## CERTIFICATE OF SERVICE

I, Ann M. Kashishian, certify that on this 17th day of January, 2020, a true and correct copy of the document listed below was delivered to the recipients listed below in the manner so indicated:

Document(s):

1. *Plaintiff's Answering Brief in Response and Opposition to the Opening Brief of Defendants Forever 21, Inc., et al., in Support of their Motion to Dismiss the Complaint*, and its accompanying exhibits.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

Recipient(s):

| | |
|---|---|
| Laura Davis Jones<br>James E. O'Neill<br>Timothy P. Cairns<br>**PACHULSKI STANG**<br>**ZIEHL & JONES LLP**<br>919 North Market Street, 17th door<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>T. (302) 652-4100<br>F. (302) 652-4400<br>E. ljones@pszjlaw.com<br>   joneill@pszjlaw.com<br>   tcairns@pszjlaw.com<br><br>*Counsel to the Debtors*<br><br>*via first class mail and e-filing* | Joshua A. Sussberg, P.C.<br>Aparna Yenamandra<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS**<br>**INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>T. (212) 446-4800<br>F. (212) 446-4900<br><br>*Counsel to the Debtors*<br><br>*via first class mail and e-filing* |
| Anup Sathy, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS**<br>**INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>T. (312) 862-2000<br>F. (312) 862-2200<br><br>*Counsel to the Debtors*<br><br>*via first class mail and e-filing* | **Potter Anderson & Corroon LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801<br>302-984-6049<br>Fax: 302-658-1192<br>Email: kgood@potteranderson.com<br>Email: astulman@potteranderson.com<br><br>*Counsel to Jatin Malhotra*<br><br>*via first class mail and e-filing* |

Dated: January 17, 2020          **KASHISHIAN LAW LLC,**

                                          */s/ Ann M. Kashishian*
                                      Ann M. Kashishian (DE Bar No. 5622)
                                      501 Silverside Road
                                      Wilmington, DE 19809
                                      T. (484) 302-8417
                                      F. (484) 930-0091
                                      E. amk@kashishianlaw.com

                                      *Counsel to Allied Development of Alabama, LLC*