**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOREVER 21, INC., et al., | ) | |
| | ) | Case No. 19-12122 (MFW) |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |
| | ) | |
| ALLIED DEVELOPMENT OF ALABAMA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FOREVER 21, INC., et al., and | ) | Adv. No. 19-50897 |
| JATIN MELHORTA | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

**AND NOW**, this **7th** day of **OCTOBER, 2020,** upon consideration of the Motion to Dismiss filed by Forever 21, Inc., et al. (the "Debtors") and joined by Jatin Malhotra (collectively, the "Defendants"), and the opposition thereto, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion to Dismiss is **DENIED.**

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge

cc: Ann M. Kashishian, Esquire[1]

---

[1] Counsel shall distribute a copy of this Order to all interested parties and file a Certificate of Service with the Court.

**SERVICE LIST**

Ann M. Kashishian, Esquire
Kashishian Law LLC
501 Silverside Road
Wilmington, DE 19809
Counsel for Allied Development of Alabama, LLC

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Counsel for the Debtors

Jushua A. Sussberg, Esquire
Aparna Yenamandra, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Counsel for the Debtors