# EXHIBIT 1

## Stipulation

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FOREVER 21, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-12122 (MFW) <br><br> (Jointly Administered) |
| ALLIED DEVELOPMENT OF ALABAMA LLC, <br><br> Plaintiff, <br><br> v. <br><br> FOREVER 21, INC., *et al.*, and JATIN MALHOTRA, <br><br> Defendants. | Adv. Pro. No. 19-50897 (MFW) |

**STIPULATION REGARDING EXTENSION OF TIME FOR**
**DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Allied Development of Alabama LLC (the "Plaintiff") and Jatin Malhotra (the "Defendant") hereby stipulate and agree (the "Stipulation"), subject to the United States Bankruptcy Court for the District of Delaware's (the "Court") approval, as follows:

1. The deadline by which the Defendant must answer, move, or otherwise respond to the Complaint is agreed to be November 11, 2020 (the "Response Deadline").

2. Pursuant to Del. Bankr. L.R. 7012-2, the Response Deadline for the Defendant may be further extended by Order of the Court.

IMPAC 6905199v.3

Dated: October 20, 2020
Wilmington, Delaware

| KASHISHIAN LAW LLC | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Ann M. Kashishian* | */s/ L. Katherine Good* |
| Ann M. Kashishian (DE No. 5622) | L. Katherine Good (DE No. 5101) |
| 501 Silverside Road, Suite 85 | 1313 North Market Street, 6th Floor |
| Wilmington, Delaware 19809 | Wilmington, Delaware 19801 |
| Telephone: (484) 302-8717 | Telephone: (302) 984-6049 |
| Facsimile: (484) 930-0091 | Facsimile: (302) 658-1192 |
| Emails: amk@kashishianlaw.com | Email: kgood@potteranderson.com |
| *Counsel to Plaintiff Allied Development of Alabama, LLC* | -and- |

ESBROOK LAW LLC
Christopher Esbrook (admitted *pro hac vice*)
77 W. Wacker, Suite 4500
Chicago, IL 60601
Telephone: (312) 319-7681
Email: christopher.esbrook@esbrooklaw.com

*Co-Counsel for Defendant Jatin Malhotra*

2

IMPAC 6905199v.3