## **CERTIFICATE OF SERVICE**

I, R. Stephen McNeill, do hereby certify that on November 10, 2020, a copy of the foregoing **Answer to Complaint for Damages, Declaratory Relief, and Related Relief** was served on the parties listed on the attached service in the manners indicated.

*/s/ R. Stephen McNeill*
R. Stephen McNeill (No. 5210)

## SERVICE LIST

**Counsel to Allied Development of Alabama, LLC**
Ann M. Kashishian
KASHISHIAN LAW LLC
501 Silverside Road
Wilmington, DE 19809
Email: amk@kashishianlaw.com

**Via Email**

**Counsel to the Debtors**
Laura Davis Jones
James E. O'Neill
Timothy P. Cairns
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Email: ljones@pszjlaw.com;
tcairns@pszjlaw.com; joneill@pszjlaw.com

**Via Email**

**Counsel to the Debtors**
Joshua A. Sussberg, P.C.
Aparna Yenamandra
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, NY 10022
Email: joshua.sussberg@kirkland.com;
aparna.yenamandra@kirkland.com

**Via Email**

**Counsel to the Debtors**
Anup Sathy, P.C.
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
300 North LaSalle Street
Chicago, IL 60654
Email: anup.sathy@kirkland.com

**Via Email**